**Michael Howard POLAND, Petitioner–Appellant,**

v.

**CLARK, Respondent–Appellee.**

No. 07–56702.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 26, 2010.

Michael Howard Poland, Corcoran, CA, pro se.

Attorney General for The State of California, Esquire, Daniel Rogers, AGCA–Office of The California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

California state prisoner Michael Howard Poland appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Poland contends that the trial court violated his constitutional rights by denying his motion for a mistrial because the jury committed misconduct by considering, during deliberations, a transcript that was not

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

admitted into evidence. The record reflects that the California state court's rejection of this claim did not result in a decision that was "contrary to, or involve[ ] an unreasonable application of, clearly established Federal law," or "an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." *See* 28 U.S.C. § 2254(d); *see also Mancuso v. Olivarez*, 292 F.3d 939, 949–53 (9th Cir.2002).

**AFFIRMED.**

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.